**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES MYRICKS

      Plaintiff,

v.                                           Case No. 07-CV-15039-DT

EMC MORTGAGE CORPORATION,

      Defendant.
                                     /

**NOTICE OF SETTLEMENT CONFERENCE**

Before the court is a proposed stipulated order submitted by the parties which seeks an extension of dates by ninety days so that the parties may continue settlement discussions. The court conducted a telephone conference with counsel on April 30, 2008 and, although an extension of time at this point appears premature, the court determines that a settlement conference may aid in an amicable resolution of this matter. Accordingly,

IT IS ORDERED that the court will conduct a settlement conference on **May 21, 2008 at 2:00 p.m.** Plaintiff's personal attendance is required. A party representative for Defendant with full settlement authority shall either appear in person or be available by telephone. Any violation of this order will result in sanctions, including the possibility of monetary sanctions and/or a default or dismissal. See E.D.Mich. LR 41.2 (allowing

dismissal for lack of prosecution) and Fed. R. Civ. P. 16(f) (allowing sanctions for failure to appear at a court-ordered conference).

                                  S/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated: May 8, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 8, 2008, by electronic and/or ordinary mail.

                                  S/Lisa G. Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522